**QURESHI LAW PC**
Omar G. Qureshi (Cal. Bar No. 323493)
omar@qureshi.law
Max A. Schoening (Cal Bar No. 324643)
max@qureshi.law
700 Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (213) 786-3478
Fax: (213) 277-8989

*Attorneys for Shan Valencia Thomas*

RIVERA HEWITT PAUL LLP
SHANAN L. HEWITT. SBN 200168
WENDY MOTOOKA, SBN 233589
2355 Gold Meadow Way, Suite 170
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email:  SHewitt@rhplawyers.com
          wmotooka@rhplawyers.com

Attorneys for Defendants COUNTY OF STANISLAUS,
KYLE CHRISTIANSON, and ERIC GARCIA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAN VALENCIA THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY, KYLE CHRISTIANSON, ERIC GARCIA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02113-WBS-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE THE FIRST AMENDED COMPLAINT; ORDER THEREON** |

STIPULATION FOR EOT FOR PLAINTIFF TO FILE AN AMENDED COMPLAINT
-1-

**TO THE HONORABLE COURT:**

WHEREAS plaintiff filed the Complaint in this matter on July 29, 2025, but served the defendants on different dates;

WHEREAS Defendant STANISLAUS COUNTY filed a motion to dismiss the Complaint on August 29, 2025, set for hearing on October 27, 2025 (ECF No. 7);

WHEREAS Defendants KYLE CHRISTIANSON and ERIC GARCIA filed a motion to dismiss the Complaint on September 11, 2025, also set for hearing on October 27, 2025 (ECF No. 8), which asserts that the pending claims are barred by *Heck v. Humphrey*, 512 U.S. 477 (1994);

WHEREAS in response to the pending motions to dismiss, Plaintiff intends to file an amended complaint as of right, but seeks an extension of time to October 29, 2025 in which to do so, because of plaintiff's counsel's trial schedule; and

WHEREAS the Pretrial Conference is set for December 1, 2025 (ECF No. 3), requiring the Rule 26(f) conference to be conducted by November 10, 2025, which would be before defendants' response would be due to an amended complaint filed on October 29, 2025;

THEREFORE the parties, by and through their respective counsel of record, hereby stipulate as follows:

1. Plaintiff shall have an extension of time up to and including October 29, 2025, to file an amended pleading as of right;

2. Defendants' currently pending motions to dismiss the Complaint shall be vacated as moot, without prejudice to being refiled if no amended pleading is filed within the required time;

3. If and when the amended pleading is filed, defendants may respond to the amended pleading in any manner authorized by Federal Rule of Civil Procedure 12; and

4. The Pretrial Conference set for December 1, 2025 and associated dates should be vacated and re-set for a later date at the Court's convenience.

**IT IS SO STIPULATED.**

Dated: September 12, 2025     By: */s/ Max Schoening*
                                  Max A. Schoening
                                  Omar G. Qureshi

                                  *Attorneys for Plaintiff Shan Valencia Thomas*


Dated: September 12, 2025     By:  /s/ Wendy Motooka
                                  SHANAN L. HEWITT
                                  WENDY MOTOOKA
                                  Attorneys for Defendants STANISLAUS COUNTY, KYLE CHRISTIANSON, and ERIC GARCIA

## **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, it is hereby ORDERED that:

1. Plaintiff may file the First Amended Complaint on or before October 29, 2025;

2. Defendants' pending motions to dismiss [ECF Nos. 7 & 8] are VACATED as moot, without prejudice;

3. Defendants may respond to the First Amended Complaint in any manner authorized by Federal Rule of Civil Procedure 12;

4. The Scheduling Conference set for December 1, 2025 is RESET for **February 9, 2026** at 1:30 p.m.  A joint status report shall be filed no later than **January 26, 2026** in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed July 29, 2025 (Docket No. 3).

**IT IS SO ORDERED.**

Dated: September 15, 2025     _____
                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE