**QURESHI LAW PC**
Omar G. Qureshi (Cal. Bar No. 323493)
omar@qureshi.law
Max A. Schoening (Cal Bar No. 324643)
max@qureshi.law
700 Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (213) 786-3478
Fax: (213) 277-8989

*Attorneys for Shan Valencia Thomas*

# UNITED STATED DISTRCIT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAN VALENCIA THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY, KYLE CHRISTIANSON, ERIC GARCIA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02113-WBS-CKD<br><br>**ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE A LATE OPPOSITION**<br><br>Date: January 5, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br>Judge: Hon. William B. Shubb |

Having considered Plaintiff's Unopposed Motion for Leave to File a Late Opposition, and the supporting declarations, the motion is **GRANTED**. It is hereby **ORDERED** that:

1. The opposition brief filed as Exhibit A to Plaintiff's motion is deemed timely filed.

2. Plaintiffs shall file their Opposition as a stand-alone event on the docket forthwith.

3. Defendants may file a reply brief by December 18, 2025.

Dated: December 9, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER
-1-