**QURESHI LAW PC**
Omar G. Qureshi (Cal. Bar No. 323493)
omar@qureshi.law
Max A. Schoening (Cal Bar No. 324643)
max@qureshi.law
700 Flower Street, Suite 1000
Los Angeles, California 90017
Telephone: (213) 786-3478
Fax: (213) 277-8989

*Attorneys for Shan Valencia Thomas*

RIVERA HEWITT PAUL LLP
SHANAN L. HEWITT. SBN 200168
WENDY MOTOOKA, SBN 233589
2355 Gold Meadow Way, Suite 170
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email:  SHewitt@rhplawyers.com
         wmotooka@rhplawyers.com

Attorneys for Defendants COUNTY OF STANISLAUS,
KYLE CHRISTIANSON, and ERIC GARCIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAN VALENCIA THOMAS,<br><br>Plaintiff,<br><br>v.<br><br>STANISLAUS COUNTY, KYLE CHRISTIANSON, ERIC GARCIA, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:25-cv-02113-WBS-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE THE ANSWER TO THE FIRST AMENDED COMPLAINT;  ORDER THEREON** |

QURESHI LAW PC
700 Flower Street, Suite 1000
Los Angeles, California 90017

TO THE HONORABLE COURT:

WHEREAS the Court issued its ruling on defendants' motion to dismiss the First Amended Complaint on January 6, 2026;

WHEREAS defendants' Answer to the First Amended Complaint is due on January 20, 2026 pursuant to Federal Rule of Civil Procedure 15;

WHEREAS defense counsel has a preexisting vacation scheduled for the week of January 19, 2026; and

WHEREAS counsel for plaintiff is agreeable to extend defendants' time to file the Answer;

THEREFORE the parties, by and through their respective counsel of record, hereby stipulate as follows:

1. Defendant shall have an extension of time up to and including February 9, 2026, to file their Answer to the First Amended Complaint.

**IT IS SO STIPULATED.**

Dated: January 15, 2026          By: */s/ Max A. Schoening*
                                          Max A. Schoening
                                          Omar G. Qureshi

                                          *Attorneys for Plaintiff Shan Valencia Thomas*

Dated: January 15, 2026          By: /s/ Wendy Motooka
                                          SHANAN L. HEWITT
                                          WENDY MOTOOKA
                                          Attorneys for Defendants STANISLAUS COUNTY, KYLE CHRISTIANSON, and ERIC GARCIA

QURESHI LAW PC
700 Flower Street, Suite 1000
Los Angeles, California 90017

# **ORDER**

Pursuant to the Stipulation of the parties, and good cause appearing, it is hereby ORDERED that:

1. Defendants may file the Answer to the First Amended Complaint on or before February 9, 2026.

2. The Scheduling Conference is continued to **April 20, 2026 at 1:30 p.m.**

3. A joint status report shall be filed no later than April 6, 2026 in accordance with the Court's Order Re: Status (Pretrial Scheduling) Conference filed July 29, 2025 (Docket No. 3).

**IT IS SO ORDERED.**

Dated:  January 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

QURESHI LAW PC
700 Flower Street, Suite 1000
Los Angeles, California 90017