HEWITT & PAUL LLP
SHANAN L. HEWITT, SBN 200168
WENDY MOTOOKA, SBN 233589
2355 Gold Meadow Way, Suite 170
Gold River, California 95670
Telephone: 916-922-1200 Fax: 916 922-1303
Email: SHewitt@hewittpaul.com
wmotooka@hewittpaul.com

Attorneys for Defendants COUNTY OF STANISLAUS, KYLE CHRISTIANSON, and ERIC GARCIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

SHAN VALENCIA THOMAS,

Plaintiff,

vs.

COUNTY OF STANISLAUS, KYLE CHRISTIANSON, ERIC GARCIA; and DOES 1 to 10, inclusive,

Defendants.

Case No.: 2:25-cv-02113-WBS-CKD

**~~[PROPOSED]~~ ORDER ON DEFENDANT'S REQUEST TO SEAL DOCUMENTS PURSUANT TO LOCAL RULE 141**

The court applies the "good cause" standard for sealing documents pertaining to non-dispositive, discovery type motions. Kamakana v. City and Cnty. of Honolulu, 447 F.3d 1178, 1179 (9th Cir. 2006); see also Pintos v. Pac. Creditors Ass'n, 605 F.3d 665, 677 (9th Cir. 2010). Having reviewed defendant's request to seal and the documents in support thereof, and good cause appearing, IT IS HEREBY ORDERED THAT defendant's request to seal Plaintiff's Exhibit 1 in support of the Joint Statement Re Discovery Disagreement Regarding Plaintiff's Motion to Compel Further Responses to Request for Production (Set Three) and Interrogatories (Set Three) is GRANTED. Plaintiff shall comply with Local Rule 141(e)(2)(i).

Dated: 11/17/26

Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 thom25cv2113.seal.po